IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL DIXON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STEVEN GLUNT, *et al.* | : | 12-4000 |

## ORDER

**AND NOW**, this 15th day of February, 2013, upon consideration of the Petition for Writ of Habeas Corpus, the Respondents' Motion, inclusive of all exhibits thereto, and after review of the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petition for Writ of Habeas Corpus is **DISMISSED** without an evidentiary hearing; and

3. Petitioner has not met statutory requirements to have his case heard and no reasonable jurist could find this procedural ruling debatable; thus, a certificate of appealability is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**